# DECISIONS PER CURIAM.

Nos. 3004 and 3007. Padilla, Appellant, *v.* Municipal Assembly of Arroyo, Appellee.—District Court of Guayama. Certiorari. Decided June 1, 1923. The appellant not having brought up the record to this court in proper form, for the reasons stated in *Rodríguez* v. *Municipal Assembly of Guánica*, 31 P. R. R. 126, the so-called return is stricken from the transcript and, the brief not having been filed within the time allowed, the appeals are dismissed.

No. 2678. Figueroa et al., Appellees, *v.* Sumersille, Appellant.—District Court of Humacao. Decided June 5, 1923. Appeal dismissed at the instance of the appellee because of appellant's failure to file a brief.

No. 82. Ex Parte Cestero.—Habeas Corpus. Decided June 7, 1923. When the case was called for hearing the petitioner moved to dismiss because the trial court had admitted him to bail. Dismissed, the petitioner remaining in the custody of the warden of the jail.

No. 2024. People, Appellee, *v.* Rodríguez, Appellant.— First District Court of San Juan. Adulteration of milk. Decided June 8, 1923. The record and the evidence showing that the defendant did not offer for sale the adulterated milk as pure milk, which was the act charged in the information, but that the adulterated milk found in his possession belonged to another person and the defendant was carrying it to a milk-stall that was not his, considering the cases of *People* v. *Nogueras*, 23 P. R. R. 309, and *People* v. *Ojeda*, 26 P. R. R. 391, the judgment is reversed and the defendant discharged.

No. 3079. Cayere, Appellee, *v.* Quiñones et al., Appellants. — District Court of Humacao. Debt. Decided June 12, 1923. Appeal dismissed for failure to file the statement of the case in time.